```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 19161
   NANCY R JURADO
   REYNALDO L JURADO                            CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-2065    SSN XXX-XX-6895

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/17/2007 and was not confirmed.

      The case was dismissed without confirmation 12/03/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------------
BEATA JELENSID           SECURED NOT I   NOT FILED           .00             .00
BANK OF NEW YORK         CURRENT MORTG        .00            .00             .00
LASALLE BANK             SECURED NOT I   NOT FILED           .00             .00
BANK OF NEW YORK         SECURED NOT I    52281.56           .00             .00
PRO SE DEBTOR            DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                        --------------      --------------
TOTALS                       .00                         .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
      Dated: 03/26/08         _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```